FILED
2020 MAR 17 PM 1:26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SEMAJ RUFUS HALL,<br>  aka "Ant,"<br><br>  Defendant. | No. CR 20CR00152-FMO<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 842(a)(1):<br>Manufacturing and Dealing in<br>Explosive Materials Without a<br>License] |

The Grand Jury charges:

[18 U.S.C. § 842(a)(1)]

Beginning on an unknown date, but no later than on or about September 20, 2019, and continuing through on or about November 13, 2019, in Los Angeles County, within the Central District of California, defendant SEMAJ RUFUS HALL, also known as "Ant,"

//
//
//
//
//

knowingly engaged in the business of manufacturing and dealing in explosive materials, namely, flash powder, without a license issued under Chapter 40 of Title 18, United States Code.

A TRUE BILL

/S/

Foreperson

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental and Community
Safety Crimes Section

MARK A. WILLIAMS
Assistant United States Attorney
Deputy Chief, Environmental and
Community Safety Crimes Section

AMANDA M. BETTINELLI
Assistant United States Attorney
Environmental and Community Safety
Crimes Section